[No. 66663-1-I.   Division One.   October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN TERRY HARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00112-0, Jay B. Roof, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Lau, JJ.

[No. 40146-1-II.   Division Two.   October 25, 2011.]

PATRICIA L. AMBROSE, *Appellant*, v. THE CITY OF MONTESANO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-2-00386-2, Gordon Godfrey, J., entered November 16, 2009. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40943-7-II.   Division Two.   October 25, 2011.]

MICHAEL KERSCHNER INC., ET AL., *Appellants*, v. MORRIS MALONE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-08491-0, Brian M. Tollefson, J., entered June 11, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41241-1-II.   Division Two.   October 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R. SPRAGUE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04599-4, Thomas Felnagle, J., entered September 3, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Johanson, JJ.